Opinion issued October
7, 2010 

 

 




 
 
 
 
 
 
 




 

 

 

 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00413-CV

———————————

 

RICHARD STEPHEN CALKINS, INDIVIDUALLY AND AS
AGENT-IN-FACT FOR MARY OLIVE CALKINS; MARY OLIVE CALKINS BY AND THROUGH HER
ATTORNEY AD LITEM; AND MICHAEL EASTON, Appellants

 

V.

 

CAROLYN C. JAMES, Appellee

 



 

On Appeal from the Probate Court No. 2

Harris County,
Texas

Trial Court Cause No. 378993

 



 

MEMORANDUM  OPINION

Appellants have filed an unopposed
motion to dismiss the appeal.  More than
10 days have elapsed, and no objection has been filed.  No opinion has issued.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).








All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER
CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and
Massengale.